Opinion filed May 29, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed May 29, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00018-CV

                                                    __________

 

                                  MELBA KAYE MCCOY, Appellant

 

                                                             V.

 

                                      PROSPERITY
BANK, Appellee

 



 

                                          On
Appeal from the 75th District Court

 

                                                          Liberty
County, Texas

 

                                                Trial
Court Cause No. CV 73380

 



 

                                              M E
M O R A N D U M   O P I N I O N

Prosperity
Bank sued Melba Kaye McCoy to recover $8,673.59.  The trial court granted the
Bank=s motion for
summary judgment, and McCoy appeals.  We dismiss the appeal for want of
prosecution.

McCoy
has failed to file her brief in this court.  Tex.
R. App. P. 38.8.  She has further failed to respond to this court=s letter advising her that
her appeal was subject to dismissal for want of prosecution.  Tex. R. App. P. 42.3.  McCoy has
informed the clerk=s
office in a phone call that she wants her appeal to Ajust go away@
with nothing in writing from her.








The
appeal is dismissed for want of prosecution.

 

PER CURIAM

 

May 29, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.